# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00623-CR

**Richard Asa Todd, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 11-07348-3, THE HONORABLE DOUG ARNOLD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Richard Asa Todd seeks to appeal from a judgment of conviction for assault. *See* Tex. Penal Code Ann. § 22.01 (West 2011). The trial court has certified that appellant has waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: October 5, 2012

Do Not Publish